UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| JASON MOULTON, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil No. 05-68-B-W |
| HOLLY HARRIS, et al., | ) ) ) | |
| Defendants | ) | |

**RECOMMENDED DECISION ON 42 U.S.C. § 1983 COMPLAINT**

Jason Moulton filed this 42 U.S.C. § 1983 civil rights complaint on May 12, 2005, along with a motion for leave to proceed in forma pauperis (Docket No. 2). On May 13, 2005, I entered an order reserving ruling on that motion because Moulton failed to provide a certified copy of his trust fund account statement. I gave Moulton until June 2, 2005, to file an amended application with the certification or pay the $250 filing fee and indicated if he failed to take one or the other of these steps I would issue a recommendation that this matter be dismissed for lack of prosecution. Moulton has not responded in any manner to my order and his June 2, 2005, deadline has passed. I now recommend that the Court **DISMISS** this complaint for lack of prosecution.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof. A responsive

memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/Margaret J. Kravchuk
U.S. Magistrate Judge

Dated: June 6, 2005